Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

WIESLAW KOLODIEJCZYK (AND WIFE,          Index No.:  07-CV-4479
JANINA KOLODZIEJCZYK),

                         Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER
                                              TO MASTER COMPLAINT**

      -against-                               **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                         Defendant(s).
-------------------------------------------------------X

      PLEASE  TAKE  NOTICE  that  Defendants,  AMERICAN  EXPRESS  COMPANY,

AMERICAN  EXPRESS  BANK,  LTD  and  AMERICAN  EXPRESS  TRAVEL  RELATED

SERVICES  COMPANY,  INC.,  by  their  attorneys,  McGIVNEY  &  KLUGER,  P.C.,  as  and  for

their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer

to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE,  the  defendants,  AMERICAN  EXPRESS  COMPANY,  AMERICAN

EXPRESS  BANK,  LTD  and  AMERICAN  EXPRESS  TRAVEL  RELATED  SERVICES

COMPANY,  INC.,  demand  judgment  dismissing  the  above-captioned  action  as  against  them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       August 30, 2007

                      Yours etc.,

                      McGIVNEY & KLUGER, P.C.
                      Attorneys for Defendants
                      AMERICAN EXPRESS COMPANY, AMERICAN
                      EXPRESS BANK, LTD and AMERICAN
                      EXPRESS TRAVEL RELATED SERVICES
                      COMPANY, INC.

                      By: _____
                          Richard E. Leff (RL-2123)
                          80 Broad Street, 23rd Floor
                          New York, New York 10004
                          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel