UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
WIESLAW KOLODZIEJCZYK AND JANINA
KOLODZIEJCZYK,

                                                   07-CV-4479(AKH)

                        Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO,
AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO., LLC,
BFP TOWER C CO.LLC.,
BFP TOWER C MM LLC.,
BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.
D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO, INC.,
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP,
NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,
NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,

NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BOARD OF MANAGERS OF ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
TOSCORP INC.,
TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC.,
TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO.,L.P.,
WFP ONE LIBERTY PLACA CO. G.P.CORP.,
WFP RETAIL CO.L.P.,
WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP.,
WFP TOWER A CO., L.P.,
WFP TOWER B. CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO., L.P. AND
WORLD FINANCIAL PROPERTIES, L.P., ET AL

                Defendants.

------------------------------------------------------------x

# DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
        Heather L. Smar (4622)