UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------X

WIESLAW KOLODZIEJCZYK AND JANINA : 07-CV-04479-AKH
KOLODZIEJCZYK

                Plaintiffs,

      - against - **APPEARANCE**

ALAN KASMAN D/B/A KASCO, *et al.*, **ELECTRONICALLY FILED**

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                By:    /s/ Judith R. Cohen
                                              _____
                                              Judith R. Cohen (JC-8614)
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Phone: (212) 277-6500
                                              Fax: (212) 277-6501

                                              *Attorney for Defendant*
                                              MERRILL LYNCH & CO., INC.