x:\ATS51849\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X   **21 MC 102 (AKH)**

WIESLAW KOLODZIEJCZYK AND JANINA
KOLODZIEJCZYK,                                        **Civil Action No.: 07 CV 4479**


                                                      **NOTICE OF ADOPTION**


                                Plaintiff(s),

                        - against -

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS
BANK, LTD., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO., L.P. BFP ONE LIBERTY
PLAZA CO., LLC, BFP TOWER C CO., LLC, BFP TOWER
C MM LLC, BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT,  BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES, CO., LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPERS, INC. MCCLIER
CORPORATION, MERRILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP, NEW YORK CITY

ECONOMIC DEVELOPMENT CORPORATION, NEW
YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE
LIBERTY PLAZA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO # 1178), THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO # 1178), TOSCORP
INC., TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC., TUCKER
ANTHONY, INC., WESTON SOLUTIONS, INC., WFP ONE
LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA,
CO. GP, CORP., WFP RETAIL CO. G.P. CORP., WFP
RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A
CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P., AND WORLD FINANCIAL
PROPERTIES, L.P., ET AL.,

                    Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

        PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION,

as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

        To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

        WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
       October 15, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600