Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

WIESLAW KOLODZIEJCZYK (AND WIFE,    Index No.:  07-CV-4479
JANINA KOLODZIEJCZYK),

                         Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER
                                          TO MASTER COMPLAINT**

     -against-    **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                         Defendant(s).
--------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter

referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its

Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as

"MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        October 9, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendant
                                        MCCLIER CORPORATION (hereinafter referred
                                        to as "MCCLIER"),

                                        By:
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel